AVROM R. VANN, P.C.
Attorneys for Plaintiffs-Petitioners
G & G QUALITY CLOTHING INC. d/b/a
LAVASTO and FILLMORE CT INC.
Avrom R. Vann, Esquire (ARV-6576)
Office and Post Office Address
420 Lexington Avenue-Suite 2806
New York, New York 10170-0002
(212) 382-1700


UNITED STATES OF NEW YORK
EASTERN DISTRICT OF NEW YORK
_____X
G & G QUALITY CLOTHING, INC. d/b/a
LAVASTO and FILLMORE CT INC.,                    Docket Number:
                                                 CV11-1046 (ENV)
               Plaintiffs-Petitioners


       -against-                                 Rule 7.1 Disclosure


JP MORGAN CHASE BANK, DEPARTMENT OF
THE TREASURY, INTERNAL REVENUE SERVICE
BORUCH GLAUBER and RACHEL GLAUBER

               Defendants-Respondents.
_____X

       Plaintiffs, G & G QUALITY CLOTHING, INC., d/b/a LAVASTO (hereinafter

"G&G"), and FILLMORE CT INC. (hereinafter "Fillmore"), by their attorneys, AVROM R.

VANN, P.C., as and for their Disclosure pursuant to Rule 7.1 of the Federal Rules of Civil

Procedure hereby state:


       1.      Plaintiff, G & G has no parent corporation nor does any corporation which is

publically held own more than 10% of the stock of G & G Quality Clothing Inc.


       2.      Plaintiff, Fillmore, has no parent corporation and its stock is not owned by

1

any publically owned corporation.

Dated:    New York, New York
          March 14, 2011

                                             AVROM R. VANN, P.C.
                                             Attorney for the Plaintiff-Petitioners
                                                     G & G QUALITY CLOTHING, INC. d/b/a
                                                     LAVASTO AND FILLMORE CT INC.

                                             S/ Avrom R. Vann

By:_____
                      Avrom R. Vann, Esquire (ARV6576)
                      Office and Post Office Address
                      420 Lexington Avenue-Suite 2806
                      New York, New York 10170-0002
                      (212) 382-1700

C:\word\G&G Quality Clothing\JP Morgan Chase and IRS 11-1046\Rule 7.1 Disclosure 2011-3-14.wpd